IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

    Petitioner,               No. 2:08-cv-0592-JAM-JFM (HC)

    vs.

M. KNOWLES, Warden,

    Respondent.           ORDER
_____/

    Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's July 23, 2008 request for an extension of time is granted; and

    2. Petitioner is granted sixty days from the date of this order in which to file and serve a traverse.

DATED: July 29, 2008.

UNITED STATES MAGISTRATE JUDGE

/ke
gilm0592.111